■ BRIAN DATES, Appellant, v KEY BANK NATIONAL ASSOCIATION, Respondent. (Appeal No. 1.) [751 NYS2d 900] —Appeal from an order of Supreme Court, Oswego County (Nicholson, J.), entered August 23, 2001, which granted defendant's motion to dismiss the complaint.

It is hereby ordered that said appeal be and the same hereby

is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977). Present—Hayes, J.P., Hurlbutt, Kehoe, Burns and Lawton, JJ.